UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 18-20438-CR-MARTINEZ/OTAZO-REYES

UNITED STATES OF AMERICA

    Plaintiff,

vs.

DAMIAN CARMONA-LEZCANO,

    Defendant.
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

**THIS CAUSE** came before the Court upon the Order of Reference from the District Court to conduct a Change of Plea before a Magistrate Judge.

**THE MATTER** was referred to Magistrate Judge Alicia M. Otazo-Reyes, on August 1, 2018. A Report and Recommendation was filed on September 5, 2018, [ECF No. 16], recommending that the Defendant's plea of guilty be accepted. The Defendant and the Government were afforded the opportunity to file objections to the Report and Recommendation, however none were filed. The Court has conducted a <u>de novo</u> review of the entire file. Accordingly, it is

**ORDERED AND ADJUDGED** that the Report and Recommendation [ECF No. 16] of United States Magistrate Judge Alicia M. Otazo-Reyes, is hereby **AFFIRMED and ADOPTED** in its entirety.

The Defendant is adjudged guilty to Count 1 of the Indictment which charges the Defendant with possession of fifteen or more counterfeit or unauthorized access devices, in violation of Title 18, United States Code, Section 1029(a)(3), as to Count 2 of the Indictment which charges aggravated identity theft, in violation of Title 18, United States Code, Section 1028A(a)(1).

**DONE AND ORDERED** in Chambers at Miami, Florida, this 20 day of September, 2018.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copied: Magistrate Otazo-Reyes
All Counsel Of Record